No. 87–5830. WOODLIFF v. HOPKINS, COMMISSIONER, MARY-LAND DIVISION OF CORRECTION. C. A. 4th Cir. Certiorari denied.

No. 87–5831. THOMAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–5838. BERRISFORD v. WOOD, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 87–5839. DANIELS v. SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.

No. 87–5841. HENRY v. ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–5842. OWCHARIW v. KORN. Sup. Ct. N. J. Certiorari denied.

No. 87–5844. DEBARDELEBEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–5848. LEOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–5850. BURGESS v. BROWN ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–5851. TOLBERT v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 87–5853. PROCTOR v. BACKRACH CLOTHING, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–5854. MURR v. OHIO. Ct. App. Ohio, Sandusky County. Certiorari denied.

No. 87–5855. ROBERSON v. NORRIS ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–5856. WILLIAMS v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 87–5857. WILSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.